**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6484

JERNARD ELLIOTT RICE,

Petitioner - Appellant,

versus

M. PETTIFORD, Warden Bennettsville Federal
Correctional Institution FCI Bennettsville,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  G. Ross Anderson, Jr., District Judge.  (4:05-cv-03356-GRA)

Submitted:  April 27, 2007            Decided:  May 9, 2007

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jernard Elliott Rice, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jernard Elliott Rice, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rice v. Pettiford</u>, No. 4:05-cv-03356-GRA (D.S.C. Jan. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>